# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROBERT BRASSNER )<br><br>Plaintiff, )<br><br>vs. )<br><br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br><br>Defendant. )<br>_____ ) | Case No.: 3:17-cv-00661-JAH-BLM<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the Joint Motion of the parties for fees and costs under the Equal Access to Justice Act:

IT IS ORDERED that fees and expenses in the amount of $3,300.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Joint Motion.

DATE: September 3, 2019

_____
THE HONORABLE JOHN A. HOUSTON
JUDGE OF THE DISTRICT COURT

-1-